SHEPHARD *v.* BEEBE.

APPEAL from the *Ripley* Common Pleas.
*Per Curiam.*—On the evidence, we think there ought to be another trial of this cause.

The judgment is reversed, with costs; cause remanded for another trial.
*Edward P. Ferris*, for the appellant.